## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **DEREK M. ROGERS**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 04-1348-GMS |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, | : | |
| | : | |
| Respondent. | : | |

### MOTION FOR EXTENSION OF TIME TO FILE
### CERTIFIED STATE COURT RECORDS

1.      The petitioner, Derek M. Rogers, has applied for federal habeas relief challenging his March 2003 Delaware Superior Court conviction and sentence for attempted first degree robbery, first degree assault, two counts of possession of a firearm during the commission of a felony, and wearing a disguise.  D.I. 1.  The undersigned filed an answer to the petition on April 15, 2005.

2.      By the terms of the Court's order, the respondent is directed to attach to the answer certified copies of the state court records material to the questions raised in the petitioner's appeal.

3.      Due to the large volume of record retrieval recently required by prosecutors in the appeals division, the undersigned has been unable to obtain the certified state court records in order to file them contemporaneously with the answer.  The undersigned anticipates obtaining and copying the records on or before May 9, 2005.

4.      Respondent submits that an extension of time to May 9, 2005 in which to file certified copies of the material portions of the state court records in this case is reasonable. Respondent submits herewith a proposed order.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

Date:  April 15, 2005