# Certificate of Service

04 cv 1348

I, Derek M. Rogers, hereby certify that I have served a true and correct cop(ies) of the attached: Document title Reply to Respondent's answer to Writ of Habeas Corpus, on May-6-05 upon the following parties/person (s):

TO: Office of the clerk United States District Court 844 N King Street Lockbox 18 Wilmington, Delaware 19801-3570

TO: _____

FILED
JUN 17 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO: S/ Elizabeth McFarlan Deputy Attorney General Department of Justice 820 N French Street Wilmington, Delaware 19801

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 6 day of MAY, 2005

Derek M. Rogers





I/M Derek M. Rogers
SBI# 190986   UNIT 22-B-H-C
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
844 N. King Street, lockbox-18
Wilmington, Delaware
             19801-3570