In The United States District Court
For The District of Delaware

My Name is Derek M Rogers
SBI, 190986
Build: 22B
Tier B.H.C.

To Whom It May Concern, Could The Court please up Date me with the case.

Case Name: Rogers V. Carroll, et al
Case Number: 1:04-CV 1348

Thank You
Date, 9,13, 2005

```
FILED

SEP 16 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```



I/M Derek M. Rogers
SBI# 190986  UNIT 22B
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office Of The
Clerk, United States
District Court

Lock Box 18
844 King Street
U.S Courthouse
Wilmington Delaware
19801

M.S.
RAY