U. S. District Court

U. S. District Court
District of Delaware (Wilimington)
Civil Docket for Case 1:04-CV-01348.GMS

Rogers V. Carroll, Et al
Assigned to Honorable Gregory M. Sleet
Demand: #0
Cause: 28 2254 Petition for writ of Habeas Corpus (State)

Could you please forward me a copy of the court docket sheet, up to date

Derek Rogers

Thank you

FILED
MAY 10 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



Derek Rogers
#190986  UNIT 22 B B.H.C.
DELAWARE CORRECTIONAL CENTER
181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
09 MAY 2006 PM 1 L

U.S. District Court
District of Delaware (Wilmington)
844 North King Street
Civil Docket for Case 1:04-CV-01348-GMS

19801