Date 6/27/

Office of The Clerk
United States District Court
District of Delaware
Federal Courthouse
844 King Street
Wilmington, DE 19801

May I please have a up to date Docket Sheet for Case # 1:04-CV-01348 GMS

Rogers V. Carroll, et al
Assigned to: Honorble Gregory M. Sleet
Cause: 28 2254 petition for writ of Habeas Corpus (state)

Date filed: 10/13/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)  Jurisdiction: Federal Question

Derek Rogers

Derek M. Rogers
SBI# 190986
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 JUN 29 PM 3:15
RO Scanned

