OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 30, 2006

TO: Derek M. Rogers
SBI#190986
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

*RE:  Status Letter; 04-1348(GMS)*

Dear Mr. Rogers:

   This office received a letter from you requesting a docket sheet in case 04-1348. Please be advised that a docket sheet was sent to you on 5/11/06. There has been no activity in your case since the docket sheet was mailed to you on the above mentioned date.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet