Rogers V Carroll, et Al

Date: 7-3-200(?)

Assigned to: Honorable Gregory M. Sleet
Demand: $0
Cause 28:2254 petition for writ of Habeas Corpus (state)

Date filed: 10/13/2004
Jury Demand: None
Nature of suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

04-1348

FILED
JUL -7 2006
to scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I know it's inappropriate to contact the Judge directly. which is why, Im Directing all my correspondence to the clerk Office. I have Request status sheet regarding Case # CV-01348-GMS Rogers V. Carroll et. al that was Assigned to Judge Gregory M. Sleet 10/20/04 and was in District Court pending. According to the letter I have received in 2004. Which I still have, Im not trying to be A Burden to any one, If so I Apologize, But I have Questions that need answers the only way Im going to get answers. I must Ask. My Question is Case Rogers V. Carroll still _____ District Court pending or has it been suspended without Notice to my knowledge. over this long time frame, and would be why I have not been searching for other Assistance concerning this matter. Thank you,

DEREK Rogers
SBI# 410986   UNIT 19-D-L-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
05 JUL 2006 PM 2 L

Office of The clerk
United States District court
District of Delaware
Federal Courthouse
844 N. King Street
Wilmington, Delaware 19801-3570