# DELAWARE CORRECTIONAL CENTER
## SUPPORT SERVICES OFFICE
### MEMORANDUM

04-1348

**TO:** Derek Rogers    SBI#: 190986

**FROM:** Stacy Shane, Support Services Secretary

**RE:** 6 Months Account Statement

**DATE:** September 11, 2006

FILED
SEP 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of
March 1, 2006    to    August 31, 2006

The following indicates the average daily balances.    Scanned- BD  9/14/06

| MONTH | AVERAGE DAILY BALANCE |
|-------|----------------------|
| march | .37 |
| april | 5.30 |
| may | 18.63 |
| June | 16.63 |
| July | 5.40 |
| aug | 11.99 |

**Average daily balances/6 months:** 9.64

Attachments
CC:  File

Stacy Shane
9/11/06

Paul Power
9/11/06

**Individual Statement**

Date Printed: 9/11/2006

## For Month of March 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $5.52 |
|---|---|---|---|---|---|---|
| 00190986 | Rogers | Derek | | | | |

Current Location:  SU/1          Comments:  QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 3/1/2006 | ($4.98) | $0.00 | $0.00 | $0.54 | 229531 | | | |
| Canteen | 3/22/2006 | ($0.52) | $0.00 | $0.00 | $0.02 | 239589 | | | |

Ending Mth Balance:          $0.02

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  $0.00

# Individual Statement

## For Month of April 2006

Date Printed: 9/11/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $0.02 |
|---|---|---|---|---|---|---|---|
| 00190986 | Rogers | Derek | | | | | |

Current Location:  SU/1

Comments:  QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 4/17/2006 | $15.00 | $0.00 | $0.00 | $15.02 | 250123 | 09870502206 | | V MARTIN |
| Canteen | 4/19/2006 | ($14.30) | $0.00 | $0.00 | $0.72 | 250866 | | | |
| Mail | 4/25/2006 | $20.00 | $0.00 | $0.00 | $20.72 | 254763 | 4699515801 | | F. SATTERFIELD |

Ending Mth Balance:  $20.72

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  $0.00

Date Printed: 9/11/2006

# Individual Statement

## For Month of May 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $20.72 |
|---|---|---|---|---|---|---|
| 00190986 | Rogers | Derek | | | | |

Current Location:    SU/1                Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/3/2006 | ($16.35) | $0.00 | $0.00 | $4.37 | 258701 | | | |
| Mail | 5/8/2006 | $20.00 | $0.00 | $0.00 | $24.37 | 260445 | 4834726286 | | F. SATTERFIELD |
| Canteen | 5/10/2006 | ($2.59) | $0.00 | $0.00 | $21.78 | 261373 | | | |
| Canteen | 5/30/2006 | ($6.76) | $0.00 | $0.00 | $15.02 | 271416 | | | |

Ending Mth Balance:        $15.02

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  $0.00

# Individual Statement

Date Printed: 9/11/2006

Page 1 of 1

## For Month of June 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $15.02 |
|-----|-----------|------------|-----|--------|------------------|--------|
| 00190986 | Rogers | Derek | | | | |
| Current Location: | SU/1 | | Comments: QOL3 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Canteen | 6/13/2006 | ($7.62) | $0.00 | $0.00 | $7.40 | 278401 | | | |
| Mail | 6/16/2006 | $15.00 | $0.00 | $0.00 | $22.40 | 280572 | 0987055O762 | | V. MARTIN |
| Canteen | 6/27/2006 | ($9.88) | $0.00 | $0.00 | $12.52 | 283570 | | | |

Ending Mth Balance: $12.52

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 9/11/2006

## For Month of July 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $12.52 |
|---|---|---|---|---|---|---|
| 00190986 | Rogers | Derek | | | | |

Current Location:    SU/1

Comments:  QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/11/2006 | ($9.58) | $0.00 | $0.00 | $2.94 | 289539 | | | |
| Canteen | 7/25/2006 | ($2.80) | $0.00 | $0.00 | $0.14 | 296650 | | | |

Ending Mth Balance:        $0.14

Total Amount Currently on Medical Hold:   $0.00

Total Amount Currently on Non-Medical Hold:   $0.00

# Individual Statement

Date Printed: 9/11/2006

Page 1 of 1

## For Month of August 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.14 |
|-----|-----------|-----------|-----|--------|------------------|-------|
| 00190986 | Rogers | Derek | | | | |

Current Location: SU/1    Comments: QOL3

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|-----------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Mail | 8/14/2006 | $25.00 | $0.00 | $0.00 | $25.14 | 306169 | | | |
| Canteen | 8/22/2006 | ($9.83) | $0.00 | $0.00 | $15.31 | 309143 | 47754526556 | | F. SATTERFIELD |

Ending Mth Balance:    $15.31

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  $0.00



I/M DEREK Rogers
SBI# 190986 UNIT 19<sup>E</sup> D.L-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

DOCKET No. 06.38 30

To, Office of The Clerk
United States District Court, District of Dela.
844 King Street,
Wilmington, Delaware
19801 U.S.