Docket. No. 06-3830                    Date. 9.9.2006

Derek M Rogers
SBI. 190986
Unit. 19
Cell D-L-5                 04-1348
D.C.C
1181 Paddock Road
Smyrna, Delaware
19977

Scanned- BD  9/14/06

FILED
SEP 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To day's Date 9.9.2006
I have until 9/13/06 To file a motion for leave to proceed in forma pauperis with the Clerk of The District Court. Such motion should consist of an original and Three (3) copies together with an affidavit of Poverty form enclosed) a copy of my motion must be sent to opposing counsel and this office must be advised in writing that such service has been done, all has been done. I am a prisoner. Today is 9.9.06 I'm still waiting on my receipts, expenditures and balances for the last six months in my institutional account. as soon as they send them I will immediately

Send them to you, I just wanted to get these docket out Before It Was to late thank you

Derek Rogers