Affidavit accompanying Motion for
Permission to Appeal In Forma Pauperis

United States District Court for the District of Delaware

v.

D.C. Case No. 04-CV-01348
Third Cir. No. 06-3830

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I sear or affirm under penalty of perjury that my answers on this form are true and correct. (28 U.S.C. § 1746, 18 U.S.C. § 1621) Signed: Derek Rogers  Date: 9-6-06 | Complete all questions on this application and then sign it. Do not leave any blanks. If the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate piece of paper identified with your name, your case's docket number, and the question number. |

My issues on Appeal are:



FILED
SEP 13 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| INCOME SOURCE | AVERAGE MONTHLY AMOUNT DURING THE PAST 12 MONTHS | AMOUNT EXPECTED NEXT MONTH |
|---|---|---|
| | You | You |
| Employment | $ N/A | $ N/A |
| Self-Employment | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A |
| Interest and Dividends | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A |
| Child Support | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A |
| Public Assistance (such as welfare) | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A |
| **Total monthly income** | $ N/A | $ N/A |

2. List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.



| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. List your spouse's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions.



| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ N/A

Below, state any money you or spouse have in bank accounts or in any other financial institution.



| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement for each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value):  N/A

Other real estate (Value):  N/A

Motor Vehicle # 1 (Value): 
Make & year: N/A
Model: N/A
Registration #: N/A

Motor Vehicle # 2 (Value): 
Make & year: N/A
Model: N/A
Registration #: N/A

Other assets (Value):  N/A

Other assets (Value):  N/A

6. State every person, business or organization owing you or your spouse money, and the amount owed.

Person owing you or your spouse money:  N/A

Amount owed to you:  N/A

Amount owed to your spouse:  N/A

7. State the persons who rely on you or your spouse for support.

Name:  N/A

Relationship:  N/A

Age:  N/A

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or Home Mortgage (Include lot rented for mobile home) Are real estate taxed included? • yes  • no Is property insurance included? • yes  • no | $ N/A | $ N/A |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ | $ |
|   Homeowners or renters | $ N/A | $ N/A |
|   Life | $ N/A | $ N/A |
|   Health | $ N/A | $ N/A |
|   Motor Vehicle | $ N/A | $ N/A |
|   Other: N/A | $ N/A | $ N/A |
| Taxes (not deducted from wages or included in mortgage payments)(specify): N/A | $ N/A | $ N/A |

|  | You | Your Spouse |
|---|---|---|
| Installment payments | $ N/A | $ N/A |
| Credit Card (name): N/A | $ N/A | $ N/A |
| Department Store (name): | $ N/A | $ N/A |
| Other: N/A | $ N/A | $ N/A |
| Alimony, maintenance and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A |
| **Total monthly expenses:** | $ N/A | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

• Yes    •(No)    If yes, describe on an attached sheet.

10. Have you paid N/A or will you be paying N/A an attorney any money for services in connection with this case, including the completion of this form?

• Yes    •(No)    If yes, how much? $ N/A

If yes state the attorney's name, address and telephone number:

N/A

11. Have you paid _____ Or will you be paying _____ anyone other than attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?

- Yes    • No ✓    If yes, how much? $ N/A

If yes state the person's name, address and telephone number:

N/A

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.

I am on lock down and I have no income or help from any one else.

13. State the address of your legal residence.

Delaware Correctional Center
1181 paddock Road    Smyrna, DE 19977

Your daytime telephone number: 302-1-800-722-0252

Your age: 48    Your years of Schooling: 10TH

Your social security number: 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

Rev: 3-23-99

7

<u>NOTICE TO PRISONER</u>:  You must submit to this Court a certified copy of your prison trust fund account statement (or institutional equivalent) for each institution in which you have been confined for the six-month period immediately preceding the date of this application.  28 U.S.C. §1915(a)(2).  The following certification from an authorized officer of your institution(s) must accompany the account statement(s):

       I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____
Authorized Officer of Institution

<u>NOTICE TO PRISON OFFICIALS</u>:  Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed <u>in</u> <u>forma</u> <u>pauperis</u>.  28 U.S.C. § 1915(b)(2) (April 26, 1996).  Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and/or docketing fee has been paid.

income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and/or docketing fee has been paid. 28 U.S.C. § 1915(b)(2) (April 26, 1996).

NOTICE TO PRISONER: You are directed to complete the following form. The top portion of the form must be returned to the Clerk. The lower portion of the completed form shall be returned to the prison official in charge of the prisoner account.

I, Derek Rogers   SBI # 190986
(Name of Prisoner and Registered Number if applicable)

authorize the Clerk of the Court to obtain, from the agency having custody over me, information about my institutional account, including balances, deposits, and withdrawals. The Clerk may obtain such information until the fee and any other payments owed the Court are paid. I also authorize the agency having custody over me to withdraw funds from my account and forward payments to the appropriate Clerk of Court in accordance with 28 U.S.C. §1915 (April 26, 1996).

Derek Rogers
Signature of Prisoner

9-9-2006
Date

_Derek Rogers_
Signature of Prisoner

9·9·2006
Date

(Rev. 10/96)

NO. 06-3830

## Certificate of Service

I, Derek M. Rogers, hereby certify that I have served a true and correct cop(ies) of the attached: Motion for Leave To Proceed IN forma pauperis upon the following parties/person (s):

TO: /S/ ElizaBeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N French Street
Wilmington Delaware
19801

TO: _____

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 9TH day of SepTemBeR, 2006

Derek Rogers

I/M DEREK M. Rogers
SBI# 190986 UNIT 19 D-L-5
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Docket No. 06-

To, Office
United
District C
844 KiN(
Wilmington Del