FPS-061                                                                                              DATE: November 9, 2006

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-3830

Rogers v. Carroll
(D. D.C. No. 04-cv-1348)

To:  Clerk

1)   Application to Proceed In Forma Pauperis

---

    The foregoing Motion is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.



A True Copy:

Marcia M. Waldron, Clerk

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: November 14, 2006
arl/par/cc: Mr. D.M.R.
            E.R.McF., Esq.