UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
844 King Street
Lockbox 18
Wilmington, Delaware  19801


February 27, 2007

Marcia Waldron, Clerk
United States Court of Appeals
  For the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790


RE: Rogers v. Carroll, et al
Civil Action No. 04-1348 GMS
USCA No. 06-3830

Dear Ms. Waldron:


Enclosed please find:


____ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record. Transcript Purchase Order is filed and record is ready for appeal purposes.


 XXXXX  The Actual Records are being sent DI# 1-7 and 10.  Documents filed after February 28, 2005 will not be sent.  They were electronically filed.  Please find them on cm/ecf.


____ One certified copy of the docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record.


____ The Actual _____ Supplemental Record with one certified copy and one uncertified copy of the docket entries.


Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.


Very truly yours,


 /s/ Elizabeth Strickler
Deputy Clerk


Enclosures                              Sign here _____