ALD-169                                              March 22, 2007
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **06-3830**

DEREK M. ROGERS

    VS.

THOMAS L. CARROLL, ET AL.

    (D. Del. Civ. No. 04-cv-01348)

Present:    SLOVITER, CHAGARES AND GREENBERG, <u>CIRCUIT JUDGES</u>

    Submitted is Appellant's notice of appeal, which may be construed as a request for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

    in the above-captioned case.

                Respectfully,

                Clerk

MMW/STG/je/pdb

O R D E R

The foregoing application for a certificate of appealability is denied. For essentially the reasons given by the District Court, we conclude that appellant has not made a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253.



A True Copy:

Marcia M. Waldron

Marcia M. Waldron, Clerk

By the Court,

/s/ Morton I. Greenberg
Circuit Judge

Dated: April 5, 2007
ARL/cc: DMR; ERM